**FILED**
**Mar 06 2008**
**04:21 PM**
**US Bankruptcy Court**
**Western District Of Oklahoma**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| **YOUNG, DUSTIN RAY,** | ) | |
| **Soc. Sec. No. xxx-xx-3904** | ) | **Case No.  04-19254-BH** |
| | ) | **(Chapter 7)** |
| **Debtor.** | ) | |

|  |  |  |
|---|---|---|
| **DUSTIN RAY YOUNG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Adv. Proc. No. 08-01006-BH** |
| | ) | |
| **AMERICAN EDUCATION SERVICES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ANSWER OF DEFENDANT
### AMERICAN EDUCATION SERVICES

**COMES NOW** the Defendant**, AMERICAN EDUCATION SERVICES**, an unincorporated division of the **PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY**, a governmental agency of the Commonwealth of Pennsylvania, (*"AES"*), for its Answer to the Complaint of the Plaintiff, (*"Complaint,"* or *"Plaintiff,"* respectively), alleges and states as follows:

1.      Except as expressly admitted, qualified, or explained herein, AES denies each and every allegation of the Complaint.

2.      On information and belief, AES admits the allegations of Paragraphs 1 through 4, inclusive, of the Complaint.

3.      AES specifically denies the allegations of Paragraph 5 of the Complaint.

4.    AES admits the allegations of Paragraphs 6 and 7 of the Complaint only insofar as the same characterize the nature of the relief sought in this adversary proceeding, but AES specifically denies any implication or request stated therein the Plaintiff is entitled to such relief.

## PRAYER FOR RELIEF

**WHEREFORE**, AES prays for relief as follows:

A.    Dismissing the Plaintiff's Complaint with prejudice; and,

B.    Enter judgment determining AES's claim to be nondischargeable as falling with the definitional parameters of *11 U.S.C. § 523 (a)(8)*; and,

C.    Such other and further relief as the Court may deem just and proper.

s/      *Mac D. Finlayson*
**MAC D. FINLAYSON, OBA #2921**
MORREL SAFFA CRAIGE, P.C.
3501 South Yale Avenue
Tulsa, Oklahoma 74135-8014
Telephone:  918.664.0800
Facsimile:  918.663.1383
E-mail:  mac@law-office.com

***ATTORNEY FOR DEFENDANT, AMERICAN EDUCATION SERVICES, an unincorporated division of the PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, a governmental agency of the Commonwealth of Pennsylvania, ("AES")***

-2-

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies on the date signified by the Notice of Electronic Filing herein, and only to the extent the same reflects the following persons will not receive electronic notification hereof, he served the following person by causing a true and correct copy of the above and foregoing pleading with the Notice of Electronic Filing accompanying same, to be placed in the United States Mail, first class mail with postage duly prepaid thereon, as follows:

Valerie A. Williford, Esq.
623 N.W. 13th Street
Oklahoma City, OK 73103

*Attorney for Plaintiff*

/s/       Mac D. Finlayson
**Mac D. Finlayson, OBA #2921**