FILED
Apr 11 2008
06:02 PM
US Bankruptcy Court
Western District Of Oklahoma

# The First Marblehead Corporation



## Our Services

**First Marblehead helps meet the growing demand for private education loans.** We provide national and regional financial institutions and educational institutions with an integrated suite of design, implementation and securitization services for student loan programs tailored to meet the needs of their respective customers, students, employees and members.

### Lender/Marketers

- Read More

### Schools

- Read More



© 2008 The First Marblehead Corporation    Legal Notices/Privacy Policy    SEC Safe Harbor Disclosure
Client Login    Home    Site Map    Contact Us



# The First Marblehead Corporation

## Lenders / Marketers

**Overview**
Marketing Expertise
Processing
Capital Markets
Risk Management
Compliance

## Overview

First Marblehead creates custom-branded private loan products for lenders and marketers in a manner that allows them to meet their particular business needs.

### Marketing Expertise

First Marblehead's marketing expertise enables us to supplement our clients' brand and distribution skills. We provide clients with an integrated suite of tailored design, implementation and securitization services for private student loan programs. Our marketing approaches are fueled by an ongoing stream of research into the dialog between parents and students about college funding.

- Read More

### Processing

Designing a program to satisfy your borrowers, mitigate your risk, and comply with the law doesn't mean much if you can't deliver it.

- Read More

### Capital Markets

Successful loan programs require understanding of the capital markets and the clients' needs.

- Read More

## Risk Management

From establishing sound underwriting criteria to implementing aggressive default prevention measures to structuring securitizations around prudent financial assumptions, risk is mitigated.

- Read More

## Compliance

Full legal compliance is not easy. And it's not to be taken lightly. For many banks and schools, it's not easy to find the resources to ensure all their private loan programs are originated in full compliance with all applicable laws. We're there to help!

- Read More

## Schools

- Read More

© 2008 The First Marblehead Corporation    Legal Notices/Privacy Policy    SEC Safe Harbor Disclosure

Client Login    Home    Site Map    Contact Us





# The First Marblehead Corporation

## Lenders / Marketers

Overview
Marketing Expertise
Processing
Capital Markets
Risk Management
**Compliance**

## Compliance

Full legal compliance is not easy. And it's not to be taken lightly. For many banks and schools, it's not easy to find the resources to ensure all their private loan programs are originated in full compliance with all applicable laws. We're there to help.

### Why First Marblehead?

We help assure every loan program is in compliance with the dozens of relevant consumer-lending and consumer-protection laws ranging from the Truth in Lending Act to the Servicemembers Civil Relief Act. And because private loan programs are all we do, managing such rules and regulations has become second nature.

© 2008 The First Marblehead Corporation    Legal Notices/Privacy Policy    SEC Safe Harbor Disclosure
Client Login    Home    Site Map    Contact Us

2