The First Marblehead Corporation Company Profile | FMD Company Information
Case: 08-01006   Doc: 12-3   File Filed: 04/11/08   Page: 1 of 2

FILED
Apr 11 2008
06:02 PM
US Bankruptcy Court
Western District Of Oklahoma

The First Marblehead Corporation Company Profile | FMD Company Information | FMD Company Profile | The First Marblehead Corporation (FMD)



# Boston Business Journal

Members: Log in
Not Registered? Register for free extra services.

Choose Another Market:
Boston

| HOME | ONLINE EDITION | PRINT EDITION | SUBSCRIBE | MARKETPLACE | BUSINESS RESOURCES | EVENTS | CAREERS |

Search  Keywords  [GO]  Search Archive

News by Company  →  News by Industry  →  People in the News

THE FIRST MARBLEHEAD CORPORATION COMPANY PROFILE - VIEW THE FIRST MARBLEHEAD CORPORATION (FMD) COMPANY INFORMATION

Company Profiles > The First Marblehead Corporation Profile

→ Subscribe to Boston Business Journal

Search Companies

SEARCH PROFILES

**Business Resource Centers**
Tools, advice, case studies and more

## The First Marblehead Corporation (FMD)
< sign in to watch this company

800 Boylston Street
34th Floor
Boston, MA 02199
(781) 639-2000
www.firstmarblehead.com

Annual Revenue: 34,926,000

### About The First Marblehead Corporation

First Marblehead, a leader in creating solutions for education finance, provides outsourcing services for private, non-governmental, education lending in the United States. The Company helps meet the growing demand for private education loans by providing national and regional financial institutions and educational institutions, as well as businesses and other enterprises, with an integrated suite of design, implementation and securitization services for student loan programs tailored to meet the needs of their respective customers, students, employees and members.



FIRST MARBLEHEAD CORP as of 4/10/2008  Daily
EDGAROnline

### The First Marblehead Corporation Executives

- Jack L. Kopnisky [President, CEO & COO]
- Greg D. Johnson [Executive Vice President, Chief Marketing Officer]
- John A. Hupalo [Senior Executive Vice President and Chief Financial Officer]
- Richard E. Ross [Executive Vice President, Chief Information Officer]
- Andrew J. Hawley [Executive Vice President]

→ Total Executives : 11 - Get All Executive Info with our Premium Product

| | |
|---|---|
| Last: | 4.080 |
| Change: | -0.410 |
| Last Trade Time: | 13:30 |
| Volume: | 4,705,197 |
| Prev Close: | 4.49 |
| TSO | 98,851,000 |
| Open: | 4.27 |
| Market Cap: | 403,312,080 |
| Bid: | N/A |
| P/E: | 1.9245 |
| Ask: | N/A |
| EPS: | 2.12 |
| 52wk Range: | 3.12 - 45.70 |
| Div & Yield: | 11.7647 |

### The First Marblehead Corporation News

- Related News
- Industry News
- Press Releases
- Calendar of biz events [Boston]
- Calendar of biz events [Boston]
- Calendar [Mass High Tech]
- Calendar of Biz Events [Boston]
- Boston Cares promotes volunteerism as team building [Boston]
- Credit unions cast wary eye at Paulson plan, but not panicking yet [Albany]
- Alamo Federal Credit Union opens branch in Lanier High School [San Antonio]
- Credit services organizations attracting high interest [San Antonio]
- Consider several factors when searching for a credit union [Portland]
- S.A. stays stable as credit crunch hits national real estate market [San Antonio]
- Mobility Services International Names Jennifer R. Reichenbacher Vice President, Marketing

→ More Related News

Powerful Network Tools

Sign-up Now for a Free Test Drive of a New Sales Prospecting and Leads subscription services

[FIND OUT MORE]



PLAINTIFF'S EXHIBIT 3

**All The First Marblehead Corporation profile data provided by Generate Inc.

**Send Us Corrections**

Click here to submit corrections to this profile.



Use of registration on this site constitutes acceptance of our User Agreement. Please read our Privacy Policy (updated)    A publishing partner with Portfolio

ONLINE: Home | Business News | Print Edition | Advertise | Marketplace | Business Resources | About Us | Search | RSS Feeds | Site FAQ | Contact Info | Company Profiles

PRINT EDITION: Subscribe to Print Edition | Advertise | Book of Lists | Download Electronic Version | Article Reprints Rights
BIZJOURNALS: bizjournals | BizSpace.com | Jobs | bizwomen.com | greenbizjournal
AFFILIATE PUBLICATIONS: Portfolio, SportsBusiness Journal, SportsBusiness Daily

© 2008 American City Business Journals, Inc. and its licensors. All rights reserved. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of bizjournals.