Case: 08-01006   Doc: 15   Filed: 04/23/08   Page: 1 of 2

FILED
Apr 23 2008
05:20 PM
US Bankruptcy Court
Western District Of Oklahoma

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: ) | |
| ) | |
| **YOUNG, DUSTIN RAY,** ) | |
| Soc. Sec. No. xxx-xx-3904 ) | **Case No. 04-19254-BH** |
| ) | **(Chapter 7)** |
| Debtor. ) | |

---

| | |
|---|---|
| **DUSTIN RAY YOUNG,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Adv. Proc. No. 08-01006-BH** |
| ) | |
| **AMERICAN EDUCATION SERVICES,** ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR ORDER STAYING
### ADVERSARY PROCEEDING AND STRIKING SCHEDULING ORDER

Comes now the Defendant, **AMERICAN EDUCATION SERVICES**, an unincorporated division of the **PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY**, a governmental agency of the Commonwealth of Pennsylvania, (*"AES"*), by and through its counsel, who moves the Court to stay the adversary proceeding and strike the current scheduling order entered herein. In support thereof, AES would respectfully show the Court as follows:

1. A Scheduling Order was entered in this adversary (*"Scheduling Order,"* docket entry number 10) March 27, 2008 setting deadlines for the completion of specific tasks. The trial of this adversary proceeding was set therein for August 20, 2008 at 10:00 o'clock a.m.

2. On March 24, 2008, AES filed herein its Motion for Judgment on the Pleadings, or Alternatively, for Summary Judgment and Brief in Support (*"Motion for Judgment,"* docket entry number 9). Plaintiff filed his response to the Motion for Judgment on April 11, 2008 (docket entry

number 12). Of even date herewith, AES filed its reply to Plaintiff's Response (docket entry number 12).

3. The Court's ruling on the Motion for Judgment may be dispositive of the issues framed by this adversary proceeding. Accordingly, in order to promote judicial economy and reduce the costs to both parties, AES moves the Court stay this adversary proceeding and strike the Scheduling Order pending such ruling.

**WHEREFORE**, AES respectfully moves the Court to stay the adversary proceeding and strike the Scheduling Order, as aforesaid.

**RESPECTFULLY SUBMITTED** this 23rd day of April, 2008.

*s/     Mac D. Finlayson*
**MAC D. FINLAYSON, OBA Bar #2921**
MORREL SAFFA CRAIGE, P.C.
3501 South Yale Avenue
Tulsa, Oklahoma 74135-8014
Telephone: 918.664.0800
Facsimile: 918.663.1383
E-mail: mac@law-office.com

***ATTORNEY FOR DEFENDANT, AMERICAN EDUCATION SERVICES, an unincorporated division of the PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY, a governmental agency of the Commonwealth of Pennsylvania, ("AES")***

### CERTIFICATE OF ELECTRONIC SERVICE

The record herein reflects that on the same day this pleading was electronically filed, a digital copy of the above and foregoing pleading was electronically served upon counsel of record and other parties herein as shown on the electronic record of filing related to this pleading.

*s/     Mac D. Finlayson*
**Mac D. Finlayson, OBA Bar #2921**